Melissa Newel (CA SB# 148563)
NEWEL LAW
2625 Alcatraz Ave., Suite 132
Berkeley, CA  94705
(510) 316-3827
mnewel@newellawfirm.com

Attorney for Plaintiff
POR THAO

PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE (WS SB# 32245)
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
JUSTIN L. MARTIN (MO SB# 62255)
Special Assistant United States Attorney
6401 Security Boulevard
Baltimore, MD  21235
(206) 615-3735
Justin.L.Martin@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POR THAO,<br><br>             Plaintiff,<br><br>       v.<br><br>COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>             Defendant. | No.  1:24-cv-00968 (SKO)<br><br>**ORDER RE STIPULATION AND UNOPPOSED MOTION FOR AWARD AND PAYMENT OF ATTORNEYS FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. §2412(d))**<br><br>**(Doc. 15)** |

1

2     IT IS HEREBY STIPULATED by and between the parties, through their undersigned
3 attorneys, subject to the approval of the Court, that Por Thao ("Plaintiff") be awarded attorney
4 fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. §2412 (d), in the amount of six
5 hundred and eleven dollars and fifty-five cents ($611.55). This represents compensation for legal
6 services rendered on behalf of Plaintiff by counsel in connection with this civil action, in
7 accordance with 28 U.S.C. §2412 (d).

8     After the Court issues an Order for EAJA fees to Plaintiff, the government will consider
9 the matter of Plaintiff's assignment of EAJA fees to Plaintiff's attorney. Pursuant to *Astrue v.*
10 *Ratliff*, 560 U.S. 586, 598 (2010), the ability to honor the assignment will depend on whether the
11 attorney fees are subject to any offset allowed under the United States Department of the
12 Treasury's Offset Program. After the Order for EAJA fees is entered, the government will
13 determine whether they are subject to any offset.

14     Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines
15 that Plaintiff does not owe a federal debt subject to offset, then the government shall cause the
16 payment of fees approved to be made payable to Melissa Newel or Newel Law (collectively
17 "Plaintiff's counsel"), pursuant to the assignment executed by Plaintiff. Any and all payments
18 made shall be delivered to Plaintiff's counsel, by check or by electronic transfer.

19     This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA
20 attorney fees and does not constitute an admission of liability on the part of Defendant under
21 EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any
22 and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees
23 and expenses in connection with this action.

24 ///
25 ///
26 ///
27 ///
28 ///

///

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. §406(b), subject to the provisions of the EAJA.

|  |  |
|---|---|
| | Respectfully submitted, |
| Dated: November 22, 2024 | NEWEL LAW |
| | By: *Melissa Newel* |
| | Melissa Newel |
| | Attorney for Plaintiff |
| | POR THAO |
| Dated: November 22, 2024 | PHILLIP A. TALBERT |
| | United States Attorney |
| | MATHEW W. PILE |
| | Associate General Counsel |
| | Social Security Administration |
| | By: Justin L. Martin* |
| | JUSTIN L. MARTIN |
| | (*Authorized by email dated 11/22/2024) |
| | Special Assistant U.S. Attorney |
| | Attorneys for Defendant |

**ORDER**

IT IS HEREBY ORDERED that, pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412(d), attorney fees in the amount of **six hundred and eleven dollars and fifty-five cents ($611.55)** be awarded subject to the terms of the Stipulation and Unopposed Motion (Doc. 15).

IT IS SO ORDERED.

Dated: **November 25, 2024**            /s/ *Sheila K. Oberto*
                                                              UNITED STATES MAGISTRATE JUDGE